**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**CIVIL ACTION NO. 3:07CV-P427-H**

**GLENN D. ODOM**                                                                                  **PLAINTIFF**

**v.**

**ROBERT DIETZ** *et al.*                                                                        **DEFENDANTS**

<u>**ORDER**</u>

For the reasons set forth in the Memorandum Opinion entered this date, and being

otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED** as

abandoned.

There being no just reason for delay in its entry, this is a **final Order**.

The Court **certifies** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal would not be taken

in good faith.

Date:

cc:      Plaintiff, *pro se*
4412.005